UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/26

GUSTAVE LIPMAN, *as Executor for the Estate of Ira Lipman*,

Plaintiff,

-against-

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC,

Defendant.

1:24-cv-8656-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has carefully reviewed the parties' letters regarding: Defendant's request for an Order referring the parties' to the Magistrate Judge for a settlement conference or to the District's Mediation Program [ECF No. 33], Plaintiff's request for court intervention to permit a deposition of Defendant's expert witness [ECF No. 35], the status of the case [ECF No. 37], and the parties' contemplated motions [ECF Nos. 36, 38, 39].

With respect to Plaintiff's request to depose Defendant's expert, notwithstanding that the cut-off for such discovery was July 6, 2026, IT IS HEREBY ORDERED that Plaintiff is permitted to take the deposition, and Defendant must make its expert available, within the next thirty days. Both parties have conducted themselves poorly in connection with this discovery. Defendant made it extraordinarily difficult for Plaintiff to conduct the deposition before the deadline by offering to make Defendant's expert available on only three potential dates (all shortly before the July Fourth holiday) before the deadline and, thereafter, stating that those dates were no longer available. At the same time, Plaintiff's counsel entirely failed to communicate with defense counsel, to protect their client's rights, for weeks leading up to the discovery deadline. As a result, both parties are responsible for the failure to comply with the court-ordered discovery schedule. **Both parties are**

**on notice that future failure to comply with court orders and all applicable procedural rules may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

IT IS FURTHER ORDERED that the Post Discovery Conference that was previously scheduled to take place on July 30, 2026 is ADJOURNED *sine die*.

IT IS FURTHER ORDERED that the parties must file their contemplated motions by September 26, 2026. Further briefing of those motions shall proceed on the schedule set forth in Local Rule 6.1(b).

The Court will issue a separate Order referring the parties to mediation.

The Clerk of Court respectfully is requested to terminate the motions at ECF Nos. 33, 36, 38, 39.

**SO ORDERED.**

Mary Kay Vyskocil

**Date: July 28, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**